IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| M.D., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:22cv449-MHT |
| | ) | (WO) |
| NANCY BUCKNER, in her | ) | |
| personal and individual | ) | |
| capacity and in her | ) | |
| official capacity as | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Human Resources; and, | ) | |
| ALLISON BRYARS, in her | ) | |
| personal and individual | ) | |
| capacity and in her | ) | |
| official capacity | ) | |
| as Director of the Russell | ) | |
| Co. Department of Human | ) | |
| Resources, | ) | |
| | ) | |
|     Defendants. | ) | |

**AMENDED ORDER**

Upon consideration of plaintiff's motion to dismiss count II of the first amended complaint, it is ORDERED that the motion (Doc. 43) is granted, and count II of the first amended complaint (Doc. 38) is dismissed without prejudice.

The court assumes that defendants do not oppose the motion; however, it they do, they must file an objection by May 16, 2023.

The motion to dismiss (Doc. 41) remains pending as to Count I.

DONE, this the 11th day of May, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**