IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
M.D.,                           )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )      2:22cv449-MHT
                                )           (WO)
NANCY BUCKNER, in her           )
personal and individual         )
capacity and in her             )
official capacity as            )
Commissioner of the             )
Alabama Department of           )
Human Resources; and,           )
ALLISON BRYARS, in her          )
personal and individual         )
capacity and in her             )
official capacity               )
as Director of the Russell      )
Co. Department of Human         )
Resources,                      )
                                )
     Defendants.                )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 48) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety without prejudice.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    This case is closed.

    DONE, this the 6th day of July, 2023.

                             /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**